# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CASTELLON, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>MRC GLOBAL,<br><br>        Defendant. | Case No.: 1:19-cv-00918 DAD JLT<br><br>ORDER GRANTING IN PART STIPULATION FOR AN EXTENSION OF TIME TO FILE MOTION TO STRIKE<br>(Doc. 14) |

The matter is set for a motion to remand the matter to state court. (Docs. 11, 13) The parties have stipulated to allow the plaintiff 30 days to file a motion to strike after the Court rules on the motion to remand. (Doc. 14) However, they offer no explanation why 30 days are needed or how the Court has the authority to dictate the timing of such motions, in the event it is remanded to state court. Thus, the Court **ORDERS**:

    1.    If the Court denies the motion to remand, the plaintiff may file a motion to strike affirmative defenses, if at all, within 14 days of the Court's ruling;

    2.    The scheduling conference is CONTINUED to November 21, 2019 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **August 26, 2019**           **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE