UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS CASTELLON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MRC GLOBAL US INC.,<br><br>　　　　　Defendant. | No. 1:19-cv-00918-DAD-JLT<br><br>ORDER GIVING EFFECT TO STIPULATION TO REMAND ACTION TO THE KERN COUNTY SUPERIOR COURT<br><br>(Doc. No. 27) |

　　　　This action was removed to this court from Kern County Superior Court on July 5, 2019 on the basis of diversity jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). (Doc. No. 1.) On August 5, 2019, plaintiff filed a motion to remand, claiming that the amount in controversy, which under CAFA must exceed $5 million, was not satisfied in this case. (Doc. No. 11.) The court heard oral argument on the motion to remand on October 16, 2019. (Doc. No. 21.) On April 2, 2020, the court ordered the parties to submit additional evidence regarding the amount in controversy. (Doc. No. 26.)

　　　　On April 22, 2020, the parties filed a stipulation to remand this action noting that they have reached a class-wide settlement for an amount that is less than the jurisdictional threshold under CAFA, and that they jointly request that this court remand this case back to the Kern County Superior Court. (Doc. No. 27.)

1

Good cause appearing, and pursuant to the parties' stipulation, this action is remanded to the Kern County Superior Court. Accordingly, the Clerk of the Court is directed to terminate any pending motions (Doc. No. 11) and close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2020**

UNITED STATES DISTRICT JUDGE